**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 14-206 |
| | ) | |
| JOHN VILORIA, | ) | Judge Cathy Bissoon |
| USMS 35357068 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

John Viloria's *pro se* Motion for Transcripts (Doc. 169) will be denied. Mr. Viloria has provided insufficient evidence of indigence. *See* U.S. v. Taylor, 2011 WL 3423922, *2 (D. N.J. Aug. 4, 2011) (transcript request under 28 U.S.C. § 753(f) "must be accompanied by an affidavit bearing particularized information with regard to the party's financial status") (citation to quoted source omitted). Even were this not the case, his stated reasons for requesting transcripts are inadequate. *Compare* Mot. ("I[ am] currently working on my case" and "have constitutional errors in my case and sentencing. I am not seeking relief through [a] 2255 [petition] but would like these errors corrected.") *with* Taylor at *2 (Section 753(f) cannot be used "to search for error in an attempt to generate a basis" for attacking conviction or sentence). Before transcripts may be ordered, the Court must "certif[y] that the suit or appeal is not frivolous" and that it "presents a substantial question." 28 U.S.C. § 753(f). Such a certification would be impossible to make based on the contents of the instant Motion.

For these reasons, John Viloria's Motion for Transcripts (**Doc. 169**) is **DENIED**.

IT IS SO ORDERED.


October ___, 2015                          s\Cathy Bissoon_____
                                           Cathy Bissoon
                                           United States District Judge


cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

John Viloria
35357-068
FCI Schuylkill
P.O. Box 759
Minersville, PA  17954-0759